No. 22- CV-04070-5VK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2022 OCT 27  P 2: 52

| | |
|---|---|
| ASHLEY DIGGS<br>Plaintiff<br><br>NORSDSTROM<br>Defendant | Civil Action No. 22-CV-04070-5VK |

ORDER GRANTING

MOTION FOR VOLUNTARY DISMISSAL

Voluntary dismissal by plaintiff in this case as the plaintiff does not understand the federal rules and finds the judge orders to be burdensome in this case and that said judge has failed to be impartial, Instead of filing a motion for recusal plaintiff has opted to file voluntary dismissal withiut prejudice.

Plaintiff has another case pending in this very court and was not subjected to the burdensome forms the judge in this case has ordered me to file as such the plaintiff shall file recusal motion if the motion here is not granted because of bias. A judical complaint shall follow as well.

GRANTED
*Jeffrey S White*
Judge Jeffrey S. White

*Ashley [signature]* 10-27-2022
("Pro Se")